1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD A. PICKLES
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900



**FILED**

JAN 24 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

6  Attorneys for Plaintiff
   United States of America



SEALED

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10                                    2:13 - SW - 0 0 4 4      DAD

11 In the Matter of the Search of Verizon Wireless     CASE NO. 2:13-SW-
   account pertaining to cellular telephone (916)
12 212-6140; Verizon Account Number                     **ORDER PRECLUDING NOTICE TO**
   372557365-1; Subscriber: "Phoneinthebox             **SUBSCRIBER OR CUSTOMER PURSUANT TO**
13                                                      **18 U.S.C. § 2705(B) AND TO SEAL SEARCH**
                                                        **WARRANT APPLICATION AND RELATED**
14                                                      **DOCUMENTS**

15                                                      **UNDER SEAL**

16

17

18         Upon motion of the United States of America and good cause having been shown, the Court

19 finds the following:

20         IT APPEARING that prior notice of the Application for Search Warrant, including Affidavit, the

21 Search Warrant, or this Order, to any person of this investigation or this application and Order entered in

22 connection therewith would seriously jeopardize the investigation; the Court GRANTS the United

23 States's Motion to Preclude Notice to Subscriber or Customer and to Seal Documents.

24         Accordingly,

25         IT IS HEREBY ORDERED Verizon Wireless SHALL **NOT** DISCLOSE the existence of the

26 Application for Search Warrant, including Affidavit, the Search Warrant, or this Order of the Court, or

27 the existence of the investigation, to the listed subscriber or to any other person, unless and until

28 authorized to do so by the Court.

Order Precluding Notice to Subscriber and Sealing          1
Documents

1    IT IS FURTHER ORDERED that the United States's Motion to Preclude Notice to Subscriber or

2  Customer, the Application for Search Warrant, including Affidavit, the Search Warrant, and this Order

3  are hereby ordered SEALED until further order of this Court.

4

5    DATED: ___1/24/13___                    ____Dale A. Drozd____

6                                             HON. DALE A. DROZD
                                              UNITED STATES MAGISTRATE JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order Precluding Notice to Subscriber and Sealing          2
Documents